# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

EZRA R E FRENCH,

        **Plaintiff,**

        **v.**                        **Case No.  25-CV-158**

TABATHA LAMP-SAWALL,

        **Defendant.**

☒      **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the plaintiff's motion for voluntary dismissal (ECF No. [27]) is **GRANTED.**

      **IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

Date:  March 3, 2026

                    Linda M. Klemm, Clerk of Court
                    EASTERN DISTRICT OF WISCONSIN
                    (By) Deputy Clerk, s/Alex V.
                    Approved this 3rd day of March, 2026.

WILLIAM E. DUFFIN
United States Magistrate Judge